IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD MURBERGER, et. al., | ) | CV F 01-6068 AWI LJO |
| | ) | |
| Plaintiff, | ) | ORDER ON THE PARTIES' |
| v. | ) | JOINT APPLICATION AND |
| | ) | STIPULATION FOR |
| WILLIAM M. MORRIS, et, al., | ) | AMENDING THE FINAL |
| | ) | ORDER APPROVING CLASS |
| | ) | ACTION SETTLEMENT |
| Defendants. | ) | |
| | ) | |

On April 28, 2005, the parties filed a joint stipulation and application that sought to modify the Court's Final Order Approving Class Action Settlement that was filed on January 3, 2005. Having considered the joint request of counsel and the memorandum in support of the request to amend the Final Order Approving Class Action Settlement filed January 3, 2005 [Docket #155], that Final Order is hereby modified as follows:

1. The deadline for absent class members to submit a claim form is extended from April 3, 2005, to May 2, 2005; and

2. For any claims by absent class member households submitted after May 2, 2005, class counsel is authorized, after approval of the claim, to issue checks in the amount of $1,000.00 to each class member household until the Class fund is depleted, or until March 8, 2006, which ever occurs first. Any funds remaining in

1   the Class Fund as of March 9, 2006, shall *cy pres* to Greater Bakersfield Legal
2   Assistance, Inc. as previously approved by the Court in paragraph 14 of the Final
3   Order.
4   IT IS SO ORDERED.
5   **Dated:   May 2, 2005**                    **/s/ Anthony W. Ishii**
    0m8i78                                    UNITED STATES DISTRICT JUDGE

daw                                    2