IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MURBERGER, et. al., ) | CV F 01-6068 AWI LJO |
|          Plaintiff, ) | |
| v. ) | ORDER APPROVING FINAL DISTRIBUTION OF REMAINING CLASS FUNDS |
| WILLIAM M. MORRIS, et, al., ) | |
|          Defendants. ) | |

      On December 22, 2005, Class Counsel filed her Final Report and Application for Distribution of Remaining Class Funds pursuant to this Court's Final Order Approving Class Action Settlement.  In the final report, Class Counsel describes the efforts to locate class member households and administration and distribution of the class fund.  Class Counsel indicates that 132 claims were paid, which represented 450 absent class members, 5 claims were denied for failure to meet the class criteria, and each class member's household pro-rata share was $3,861.16.  However, Class Counsel indicates that five class households submitted late claims.  Class Counsel proposes making a payment of $1,000.00 for each of these late claims.  Additionally, Class Counsel has submitted a declaration and billing records indicating that Class Counsel has incurred $27,380.85 in fees and costs in administering and distributing the class fund.  Class Counsel, however, seeks $23,853.12 for administration and distribution of the class

fund, which is under the $25,000.00 cap set by this Court's Final Order Approving Class Action Settlement.  Class Counsel indicates that paying the late filed claims $1,000.00 each and paying Class Counsel $23,853.12 will result in $0.00 remaining in the class fund.  No opposition has been filed to Class Counsel's Final Report and Application.

      Having thus considered Class Counsel's Final Report and Application for Distribution of Remaining Class Funds, as well as the declaration of class counsel and exhibits filed in support thereof, the Court finds Class Counsel's Final Report and Application to be reasonable and appropriate.

      Accordingly, IT IS HEREBY ORDERED that:

1. Class Counsel is authorized to make a payment of $1,000.00 to each of the five class households who submitted late claims, namely the households of: (a) Enrique Cervantes, (b) Juan Rodriguez, (c) Naomi Vigil, (d) Rosa Ramirez, and (e) Jose Canas; the $1,000.00 payments satisfies the claims of those households to any portion of the class fund; and

2. Class counsel's application for a payment of $23,853.12 in attorney's fees and costs for administration and disbursement of the class fund is approved.

IT IS SO ORDERED.

**Dated:   January 9, 2006**                **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE

daw        2